___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No. CV 00-03407-NM(CTx)        Date April 6, 2000

Title   ANSWERTHINK CONSULTING GROUP, INC. V. JOHN DOE, ET AL.

==================================================================
**DOCKET ENTRY**
==================================================================

PRESENT:

Hon. CAROLYN TURCHIN, MAGISTRATE JUDGE

Deborah Malone
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

NONE PRESENT                              NONE PRESENT

**PROCEEDINGS:** (IN CHAMBERS)

The magistrate judge is in receipt of moving party John Doe #3's ("moving party") motion to modify subpoena. According to the moving party's motion papers, this motion relates to Southern District of Florida case number 00-00709-CIV-MOORE. The subpoena essentially seeks all documents relating to the identity of defendants in the Southern District of Florida case, including John Doe #3, and including name, addresses, telephone numbers, e-mail addresses, other user names, and credit card and payment information. The complaint in the Southern District of Florida case seeks injunctive relief and damages arising of the alleged "posting of false and defamatory statements and/or confidential information on an internet 'message board' by or with the participation of defendants." Movant seeks to stay and/or quash the subpoena on a variety of bases, including lack of subject matter jurisdiction because of lack of diversity, failure to state a claim, and timing of the subpoena. See Fed.R.Civ.P. 26(a).

The motion is **DENIED WITHOUT PREJUDICE**. Discovery disputes must be brought to the attention of this court pursuant to the joint stipulation procedures outlined in Local Rule 7.15. However, the court, sua sponte, **stays the subpoena** in this case pending the court in the Southern District of Florida ruling's on the proposed motion to dismiss and/or otherwise limiting the scope and manner of discovery in this matter. This court's order contemplates that movant will file a motion to dismiss and obtain a discovery order in the Southern District of Florida based on movant's representation to this court.

APR - 7 2000

cc:  Judge Manella

   Glen A. Smith, Esq.
   Megan E.Gray, Esq.
   Baker & Hostetler
   600 Wilshire Blvd.
   Los Angeles, CA 90017

   S. Daniel Ponce, Esq.
   Wallace, Bauman, Legon, Fodiman
     Ponce & Shannon, P.A.
   1200 Birckell Avenue, Suite 1720
   Miami, Florida 33131

MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL-GEN